## M. A. Kravitz Company, Inc. *v.* McCrory Corporation, Appellant.

■ Argued March 20, 1975. *Clayton T. Hyman,* with him *Coleman and Hyman,* for appellant; *Steven A. Arbittier,* with him *Wolf, Block, Schorr and Solis-Cohen,* for appellee.

Order affirmed.